JOSEPH BONACORSA v. NEW JERSEY RACING COMMISSION.

May 15, 1979.  Petition for certification denied.

OTTERVANGER & SMITH, INC.
v.
BAKERS INSURANCE COMPANY.

May 15, 1979.  Petition for certification denied.

FRANCES HARRELL v. THE CITY OF ELIZABETH.

May 15, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER MOSLEY.

May 15, 1979.  Petition for certification denied.

F. S. D. INDUSTRIES, INC.
v.
BOARD OF EDUCATION OF THE CITY OF PATERSON.

May 15, 1979.  Petition for certification denied.  (See 166 *N.J.Super.* 330)

STATE OF NEW JERSEY v. WILLIAM TOWNS.

May 15, 1979.  Petition for certification denied.